IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PACIFIC LIFE INSURANCE COMPANY,

    Plaintiff,

vs.                                            CASE NO.: 4:08cv216-SPM/WCS

THE SYLVIA G. PAYNE IRREVOCABLE
WEALTH TRUST, et al.

    Defendants.
_____/

## ORDER AUTHORIZING DEPOSIT INTO COURT REGISTRY

Upon consideration, Plaintiff Pacific Life Insurance Company's Unopposed Motion to Interplead Funds into the Registry of the Court (doc. 10) is granted. Pacific Life is authorized to pay and deposit into the registry of the Court, and the Clerk of Court is directed to accept for deposit, the disputed proceeds in the amount of $127,960.00, plus interest accrued thereon through the date of remitting payment. Pacific Life is not responsible for any fees that may be charged or accrued on the registry account.

SO ORDERED this 10th day of July, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge