UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:08 CV 216-SPM-WCS

PACIFIC LIFE INSURANCE COMPANY,

    **Plaintiff,**

v.

THE SYLVIA G. PAYNE IRREVOCABLE
WEALTH TRUST; GENESIS FINANCIAL
SERVICES, INC.; MARTHA N. PAYNE, IN
HER CAPACITY AS TRUSTEE OF THE
SYLVIA G. PAYNE TRUST, AND INDIVIDUALLY;
SUSAN P. BLISS; MARY PAYNE NGUYEN;
AND SARA E. PAYNE,

    **Defendants.**

_____/

## DEFENDANTS' MOTION TO DISMISS

Defendants, THE SYLVIA G. PAYNE IRREVOCABLE WEALTH TRUST; MARTHA N. PAYNE, IN HER CAPACITY AS TRUSTEE OF THE SYLVIA G. PAYNE TRUST, AND INDIVIDUALLY; SUSAN P. BLISS; MARY PAYNE NGUYEN; AND SARA E. PAYNE, by and through their undersigned counsel pursuant to Rule 12(b)(6), Fed.R.Civ.P., move to dismiss Plaintiff's complaint for interpleader in this cause and in support hereof state:

1. The Plaintiff is not a mere stakeholder of property which is subject to colorable claims of competing or conflicting adverse claimants so as to trigger the remedies permitted in 28 U.S.C. §1335.

2. To the contrary, the purported claim of Genesis Financial Services, Inc., which is alleged in the complaint as predicated on a lien or security interest in the subject life insurance death proceeds, patently is a spurious claim or interest with no colorable legal impact or effect whatsoever on the insurance proceeds which are the subject of the interpleader action of Plaintiff.

WHEREFORE, Defendants request that the subject interpleader complaint be dismissed.

## MEMORANDUM OF LAW

The Trust instrument identified as Exhibit 1 of the Complaint is an irrevocable trust with designated vested beneficiaries. Exhibit 2 shows that the subject life insurance policy was placed in the confines of the irrevocable trust created by Exhibit 1. Exhibit 1 contains no authority for the Trustee to amend any beneficiary provisions of the Trust without the written consent of the vested beneficiaries.

Therefore, the identified lien or security interest in the life insurance proceeds purportedly and allegedly claimed by Genesis Financial Services,

Inc., is a paper claim only and cannot generate a colorable conflicting adverse claim to the subject insurance proceeds necessary to sustain the interpleader action sought by Plaintiff.

Dated this 11th day of July 2008.

WILLIAM C. OWEN, LLC

By: *William C. Owen*
William C. Owen, Esq.
Fla. Bar No. 0105417
241 Pinewood Drive
Tallahassee, Florida 32303
(850) 513-0600
(850) 877-2809 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Gary P. Timin, Esq., 215 South Monroe Street, Suite 601, Tallahassee, Florida 32301 and Genesis Financial Services, Inc., c/p Mark A. Arvin, 180 North Stetson Street, Suite 3500, Chicago, IL 60601 this 11th day of July 2008.

*William C. Owen*