UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:08 CV 216-SPM-WCS

PACIFIC LIFE INSURANCE COMPANY,

    Plaintiff,

v.

THE SYLVIA G. PAYNE IRREVOCABLE
WEALTH TRUST; GENESIS FINANCIAL
SERVICES, INC.; MARTHA N. PAYNE, IN
HER CAPACITY AS TRUSTEE OF THE
SYLVIA G. PAYNE TRUST, AND INDIVIDUALLY;
SUSAN P. BLISS; MARY PAYNE NGUYEN;
AND SARA E. PAYNE,

    Defendants.
_____/

## ANSWER OF DEFENDANTS MARTHA N. PAYNE; SUSAN P. BLISS; MARY PAYNE NGUYEN; AND SARA E. PAYNE

Defendants, MARTHA N. PAYNE; SUSAN P. BLISS; MARY PAYNE NGUYEN; AND SARA E. PAYNE, by and through their undersigned counsel, file their answer to the Complaint for Interpleader and Injunctive Relief by Plaintiff PACIFIC LIFE INSURANCE COMPANY and state:

    1. Defendants adopt verbatim the Answer filed by The Sylva G. Payne Irrevocable Trust (Trust), except said Defendants acknowledge that

the Trust is the primary beneficiary of policy No. 1A2264155-0 issued by Plaintiff Pacific Life Insurance Company as therein alleged.

2. Additionally, Defendants aver that once policy No. 1A2264155-0 was issued and became an acquired asset of the Trust, the Defendants became equal and irrevocable equitable beneficiaries of said policy and all death benefits attributable thereto. At that point in time, neither the Trust, its Trustee, Pacific Life or any other entity could undertake any action which could encumber or dilute Defendants' beneficiary interest or entitlements in the Trust and its assets without their unanimous consent.

3. The Trust is fully empowered to take all legal action to perfect, implement and enforce the Defendants' equitable interests in the subject insurance policy and all death benefits relating thereto. Defendants accordingly ratify and adopt the Answer and Claim of the Trust as filed in this action.

Dated this 18th day of July 2008.

                WILLIAM C. OWEN, LLC

                By: *William C. Owen*
                    William C. Owen, Esq.
                    Fla. Bar No. 0105417
                    241 Pinewood Drive
                    Tallahassee, Florida 32303
                    (850) 513-0600
                    (850) 877-2809 fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Gary P. Timin, Esq., 215 South Monroe Street, Suite 601, Tallahassee, Florida 32301 and Genesis Financial Services, Inc., c/p Mark A. Arvin, 180 North Stetson Street, Suite 3500, Chicago, IL 60601 this 18th day of July 2008.

*William C. Owen*